

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00843-CR

**IN RE** David John **GUARDIOLA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

On November 7, 2018, relator filed a petition for writ of mandamus. After considering the petition and because relator is represented by trial counsel, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 20, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 18-0831-CR-A and 18-0832-CR-A, styled *The State of Texas v. David John Guardiola*, pending in the 2nd 25th Judicial District Court, Guadalupe County, Texas, the Honorable Jessica Crawford presiding.